UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. V-03-42 |
| | § | |
| COREY JAMAR CLARK | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

Preliminary hearing is scheduled for: **June 11, 2012 at 8:00 a.m.** Defendant speaks English and will **not** need an interpreter.

Counsel will be notified electronically via CM/ECF.

ORDERED this 6th day of June, 2012.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE